

FILED
MAR 21 2013
Deputy Clerk, U.S. District Court
Middle District of Louisiana
Baton Rouge, La.

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

### INDICTMENT FOR POSSESSION OF A FIREARM AND AMMUNITION BY A CONVICTED FELON

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 13-44-BAJ-SCR |
| versus | |
| TRAVIS TRUMANE BARLOW | 18 U.S.C. § 922(g)(1) |

**THE GRAND JURY CHARGES**:

### COUNT ONE

On or about September 24, 2012, in the Middle District of Louisiana, **TRAVIS TRUMANE BARLOW**, defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, a felony, knowingly did possess a firearm, that is, a Ruger, Model P89, .9mm pistol, bearing serial number 31591011, which firearm previously had been shipped and transported in interstate commerce.

The above is a violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

On or about September 24, 2012, in the Middle District of Louisiana, **TRAVIS TRUMANE BARLOW**, defendant herein, having been convicted of a crime punishable by

USPO, L. Ewing

imprisonment for a term exceeding one year, a felony, knowingly did possess ammunition, that is,

    a.    Federal Cartridge Company, 9mm Luger ammunition, and

    b.    Winchester, 9mm Luger ammunition,

which ammunition previously had been shipped and transported in interstate commerce.

The above is a violation of Title 18, United States Code, Section 922(g)(1).

UNITED STATES OF AMERICA, by

*/s/ Donald J. Cazayoux, Jr.*
DONALD J. CAZAYOUX, JR.
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

*/s/ J. Lane Ewing, Jr.*
J. LANE EWING, JR.
ASSISTANT UNITED STATES ATTORNEY

A TRUE BILL

*/s/ Thomas Mendoza*
GRAND JURY FOREPERSON

3-21-13
DATE

**Criminal Cover Sheet**                                                        **U.S. District Court**

| | |
|---|---|
| **Place of Offense:** | **Matter to be sealed:** ☒ No   ☐ Yes |
| City  Baton Rouge | **Related Case Information:** |
| County/Parish East Baton Rouge | Superseding Indictment ____   Docket Number ____ |
| | Same Defendant ____   New Defendant ____ |
| *Investigating Agency ATF | Magistrate Case Number ____ |
| *SA Mary Downie | Search Warrant Case No. ____ |
| | R 20/ R 40 from District of ____ |
| | Any Other Related Cases: ____ |

**Defendant Information:**

Defendant Name:   Travis Trumane Barlow
Alias:
Address:

Birthdate:         SS#:         Sex:         Race:

**U.S. Attorney Information:**

AUSA:   J. Lane Ewing, Jr.          Bar #:   LA Bar Roll 29854

**Interpreter:**   ☒ No   ☐ Yes          **List language and/or dialect:** English

**Location Status:**

Arrest Date _____

____   Already in Federal Custody as of _____
____   Already in State Custody
____   On Pretrial Release

**U.S.C. Citations**

Total # of Counts:   2          ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| set 1   18 U.S.C.§922(g)(1) | Possession of a firearm by a convicted felon | 1 |
| set 2   18 U.S.C.§922(g)(1) | Possession of ammunition by a convicted felon | 2 |

(May be continued on second sheet)

Date:  3-21-2013          **Signature of AUSA:** _/s/ Lane Ewing Jr._

**District Court Case Number (To be filled in by deputy clerk):** ____