UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| TRAVIS TRUMANE BARLOW | NO. 13-CR-0044-BAJ-EWD |

RULING ON MOTION FOR CERTIFICATE OF APPEALABILITY

This matter is before the Court on a motion by Petitioner for a certificate of appealability ("COA"). "A COA should issue if the applicant has 'made a substantial showing of the denial of a constitutional right,' 28 U.S.C. § 2253(c)(2), which [courts] have interpreted to require that the 'Petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong.'" *Tennard v. Dretke*, 542 U.S. 274, 282, 124 S.Ct. 2562, 2569, 159 L.Ed.2d 384 (U.S. 2004) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542).

The Court previously issued a final order in Petitioner's proceeding under 28 U.S.C. § 2255 in connection with the above-captioned case. The Court also previously addressed Petitioner's claims for ineffective assistance of counsel. Having considered the record in the case and the requirements of 28 U.S.C. § 2253 and Rule 22(b), the Federal Rules of Appellate Procedure, and the motion by Petitioner for a certificate of appealability (Doc. 115), the Court concludes that a reasonable jurist could debate

1

the District Court's assessment of whether Petitioner was afforded proper opportunities to present his case and respond to the motions of opposing counsel in his claims for ineffective assistance of counsel.

Accordingly, the motion by Petitioner for a certificate of appealability is **GRANTED** insofar as Petitioner may seek to appeal the Court's conclusions and rulings concerning Plaintiff's ineffective assistance of counsel claims.

I. **CONCLUSION**

For the foregoing reasons,

**IT IS ORDERED** that Plaintiff's **Motion for Certificate of Appealability (Doc. 115)** is **GRANTED.**

Baton Rouge, Louisiana, this 12th day of February, 2019.

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**